1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11 TRAVIS WILLIAM SUITER,           Case No. CV 12-11053 SS

12             Plaintiff,

13      v.                            **JUDGMENT**

14 CAROLYN W. COLVIN Commissioner
of the Social Security

15 Administration,

16             Defendant.

17

18

19

20      IT IS ADJUDGED that the decision of the Commissioner is

21 AFFIRMED and that the above-captioned action is dismissed with

22 prejudice.

23

24 DATED:  April 25, 2014

25                             /S/
                          SUZANNE H. SEGAL

26                           UNITED STATES MAGISTRATE JUDGE

27

28